# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DAVIS, *Plaintiff,* vs. ROBERT B. BANNISTER, *et al.,* *Defendants*. | 3:11-cv-00536-RCJ-VPC  ORDER |

Court mail has been returned from the last institutional address given by plaintiff with a notation reflecting that plaintiff no longer is in custody. Plaintiff has not filed an updated notice of change of address. As plaintiff has failed to comply with Local Rule LSR 2-2, which requires that he immediately file written notification of any change of address,

IT IS ORDERED that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly.

DATED: This 20th day of December, 2011.

_____
ROBERT C. JONES
Chief United States District Judge