AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

THOMAS DAVIS,

      Plaintiff,               JUDGMENT IN A CIVIL CASE

V.

                                    CASE NUMBER: 3:11-CV-00536-RCJ-VPC

ROBERT B. BANNISTER, et al.,

      Defendants.

   ___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   ___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

December 22, 2011                               **LANCE S. WILSON**
Date                                                        Clerk

                                                          /s/   M. Campbell
                                                                 Deputy Clerk